# United States District Court
## Southern District of Georgia

JOSE SOLIDAD CHAVEZ,

          Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV 318-087

WARDEN VANCE LAUGHLIN,

          Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated January 16, 2019 adopting the Report and Recommendation as the Court's opinion, that Petitioner's petition filed pursuant to 28 USC § 2241 is dismissed for lack of jurisdiction and Petitioner's motion to proceed in forma pauperis is denied as moot; furthermore, Petitioner is denied a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis. This case stands closed.



01/16/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*